# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Munich RE Syndicate Limited 457,

*Plaintiff*

v.

Fireman's Fund Insurance Company,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:21-cv-00124-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Fireman's Fund Insurance Company's Motion for Summary Judgment (ECF No. 19) is GRANTED. JUDGMENT entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Stanley A Bastian on a motion for Summary Judgment.

Date: 11/1/2022

CLERK OF COURT

SEAN F. McAVOY

*s/ Ruby Mendoza*

*(By) Deputy Clerk*

Ruby Mendoza